IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>131 M Street, NE<br>Washington, D.C. 20507<br>        Plaintiff,<br><br>v.<br><br>JAMES E. BROWN & ASSOCIATES, PLLC<br>1220 L Street, NW Suite 700<br>Washington, D.C. 2005<br>        Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br><u>JURY TRIAL DEMAND</u> |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex (pregnancy), and to provide appropriate relief to Zorayda J. Moreira-Smith (Moreira-Smith), who was adversely affected by such practices. Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), alleges that Defendant James E. Brown & Associates, PLLC ("Defendant"), failed to hire Moreira-Smith based on her sex, female (pregnancy).

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e–5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Columbia.

1

## PARTIES

3.	Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII of the Civil Rights Act of 1964, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4.	At all relevant times, Defendant has continuously been doing business in Washington, D.C. and has continuously had at least fifteen employees.

5.	At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6.	More than thirty days prior to the institution of this lawsuit, Moreira-Smith filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.	Since at least January 2011, Defendant has engaged in unlawful employment practices at its facility located in Washington, D.C. in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1), as set forth below:

    a.	In or around November 2010, Moreira-Smith interviewed with Defendant for an Associate Attorney position. At the time of the interview, Moreira-Smith was four months pregnant, but did not inform Defendant of her pregnancy and was not visibly showing her pregnancy.

    b.	On or around January 3, 2011, Defendant's Business Manager e-mailed Moreira-Smith an offer of employment. On January 5, 2011, Moreira-

        Smith e-mailed Defendant advising that she would consider the offer and respond shortly.

    c.    On or around January 6, 2011, Moreira-Smith e-mailed Defendant's Business Manager to ask questions regarding Defendant's bonus and maternity leave policies. In the email, Moreira-Smith informed the Defendant that she was six months pregnant and was due in April 2011.

    d.    Later on that same day, Defendant rescinded Moreira-Smith's offer of employment. Defendant continued to advertise and/or accept candidates for the Associate Attorney position and hired two new associates that were not pregnant – one in each of February 2011 and March 2011.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Moreira-Smith of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, female (pregnancy).

9. The unlawful employment practices complained of above were intentional.

10. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Moreira-Smith.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminates on the basis of sex, including pregnancy.

B.  Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for pregnant women, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make Moreira-Smith whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices, including but not limited to instatement or front pay in lieu thereof.

D.  Order Defendant to make Moreira-Smith whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

E.  Order Defendant to make Moreira-Smith whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem and loss of civil rights, in amounts to be determined at trial.

F.  Order Defendant to pay Moreira-Smith punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this the 16th day of February, 2012.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, DC 20507

LYNETTE A. BARNES
Regional Attorney
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, NC 28202

TRACY HUDSON SPICER
(MD Bar No. 08671)
Supervisory Trial Attorney
Washington Field Office
131 M Street, N.E., Suite 4NW02F
Washington, DC 20507
Telephone: (202) 419-0748
Facsimile: (202) 419-0739
tracy.spicer@eeoc.gov

EDWARD O'FARRELL LOUGHLIN
(VSB No. 70182)
Trial Attorney
Washington Field Office
131 M Street, N.E., Suite 4NW02F
Washington, DC 20507
Telephone: (202) 419-0748
Facsimile: (202) 419-0739
edward.loughlin@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**